EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Drug/Organized Crime Section

LOUIS A. BRACCO
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:  lou.bracco@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>    vs.                      )<br>                             )<br> 469 Kaha Street             )<br> Kailua, Hawaii.             )<br>                             )<br>                             )<br>                             )<br>                             )<br>                             ) | MAG. NO. 02-0957 KSC<br><br>GOVERNMENT'S MOTION TO UNSEAL<br>SEARCH WARRANT APPLICATION<br>AND AFFIDAVIT FOR PURPOSES OF<br>DISCOVERY; ORDER GRANTING<br>GOVERNMENT'S MOTION TO UNSEAL<br>SEARCH WARRANT APPLICATION<br>AND AFFIDAVIT FOR PURPOSES OF<br>DISCOVERY |

**GOVERNMENT'S MOTION TO UNSEAL SEARCH WARRANT**
**APPLICATION AND AFFIDAVIT FOR PURPOSES OF DISCOVERY**

On December 27, 2002, this Court issued a search warrant authorizing the search of the above-captioned premises. The Application and Affidavit supporting the search warrant were ordered sealed at the time the search warrant was issued.

On April 27, 2006, a federal grand jury in the District of Hawaii returned an Indictment against DUSTIN LANCE KLUG (Cr. No. 06-00244 DAE) for the offense of possession with intent to distribute 50 grams or more of methamphetamine (in violation of 21 U.S.C. § 841(a)(1)), said offense arising from controlled substances recovered from the premises pursuant to execution of the search warrant.  We now request that the Application and Affidavit supporting the search warrant (Magistrate No. 02-0957 KSC) be ordered unsealed, so that these documents can be provided to defense counsel for Defendant KLUG, as a part of Rule 16 discovery in the case pending against Defendant.

DATED:  May 8, 2006, at Honolulu, Hawaii.

Respectfully submitted,

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By  /s/ Louis A. Bracco
   LOUIS A. BRACCO
   Assistant U.S. Attorney