IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 02-0957 KSC |
| | ) | |
| vs. | ) | ORDER GRANTING GOVERNMENT'S |
| | ) | MOTION TO UNSEAL SEARCH |
| 469 Kaha Street | ) | WARRANT APPLICATION AND |
| Kailua, Hawaii. | ) | AFFIDAVIT FOR PURPOSES OF |
| | ) | DISCOVERY |
| _____ | ) | |

**ORDER GRANTING GOVERNMENT'S MOTION TO UNSEAL SEARCH WARRANT APPLICATION AND AFFIDAVIT FOR PURPOSES OF DISCOVERY**

WHEREFORE, based upon the annexed Application of Louis A. Bracco, Assistant United States Attorney, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Application and Affidavit supporting the search warrant in Magistrate No. 02-0957 KSC be UNSEALED.

DATED:  Honolulu, Hawaii, May 8, 2006.



_____
Kevin S.C. Chang
United States Magistrate Judge